UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY D. STEPHENSON, an individual; and CHRISTINE STEPHENSON, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>GARDNER TRUCKING, INC., a California corporation; JOSEPH P. HOLLINGSHEAD, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | **3:19-cv-00052-LRH-CBC**<br><br>**STIPULATION TO DISMISS**<br><br>AND ORDER THEREON |

   PLAINTIFFS, KELLY D. STEPHENSON and CHRISTINE STEPHENSON, by and through their undersigned counsel, and DEFENDANTS, GARDNER TRUCKING, INC.,and JOSEPH P. HOLLINGSHEAD, by and through their undersigned counsel, hereby stipulate to dismiss the within action, pursuant to settlement, each party to bear their own costs and attorney's fees.

///

| | |
|---|---|
| Dated: July 15, 2019 | SULLIVAN LAW<br>A Professional Corporation<br><br>/s/ Gene M. Kaufmann<br>Attorneys for Plaintiffs |
| Dated: July 15, 2019 | WILSON ELSER<br>A Limited Liability Partnership<br><br>/s/ Jonathan C. Pattillo, Esq.<br>Attorneys for Defendants Gardner Trucking, Inc., and Joseph P. Hollingshead |

**IT IS SO ORDERED.**

Dated: July 18, 2019

_____
LARRY R. HICKS UNITED STATES DISTRICT JUDGE

- 2 -